PROB 12C
(6/16)

Report Date: September 18, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dustin Duane Pearson              Case Number: 0980 2:20CR00063-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮, Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 26, 2021

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) & 924(a)(2) | |
| Original Sentence: | Prison - 39 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(September 5, 2023) | Prison - 3 months<br>TSR - 33 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: September 14, 2023 |
| Defense Attorney: | Adrien Fox | Date Supervision Expires: June 13, 2026 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/26/2024.

On October 12, 2023, a United States probation officer reviewed a copy of the conditions of supervision with Mr. Pearson as outlined in the judgment and sentence. Mr. Pearson signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Pearson allegedly violated the above-stated condition on August 9, 2024. On that date, Mr. Pearson eluded Lewiston Police Department (LPD), pursuant to LPD case number 24-L11769.<br><br>Probable cause existed for charging Mr. Pearson with felony eluding. On September 11, 2024, Mr. Pearson was charged with felony eluding. At the time of this petition, the charges remain pending. |
| 11 | **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |

Prob12C
Re: Pearson, Dustin Duane
September 18, 2024
Page 2

**Supporting Evidence**: Mr. Pearson allegedly violated the above-stated condition on August 9, 2024. On that date, Lewiston Police Department (LPD) attempted a traffic stop with Mr. Pearson. According to LPD case number 24-L11769, Mr. Pearson eluded police officers through Lewiston, Idaho. Mr. Pearson did not have permission to leave the Eastern District of Washington by the Court or probation officer.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/18/2024

s/Mark E. Hedge

Mark E Hedge
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Stanley A. Bastian

Signature of Judicial Officer

9/20/2024

Date